# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133131-32

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRIAN K. WALLINGTON,
      Plaintiff-Appellant,

v

CITY OF MASON, WOLVERINE ENGINEERS
AND SURVEYORS, INC., ELM INVESTMENTS,
INC., MILLENIUM DIGITAL MEDIA SYSTEMS,
L.L.C., AND MISS DIG SYSTEM, INC.,
      Defendants,
and

ELM INVESTMENTS I, INC.,
      Defendant-Appellee.

SC: 133131-32
COA: 267919, 269884
Ingham CC: 03-001882-NO

_____/

      On order of the Court, the application for leave to appeal the December 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

t0723